UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THE STUDER GROUP, L.L.C.,

    VS                                                      Case No. 3:11mc21/MCR/EMT

THE CLEVELAND CLINIC
FOUNDATION

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on     February 23, 201
Type of Motion/Pleading: "Joint Notice by Plaintiff and Hixardt Technologies, Inc.[,] Pursuant to Court's Order"
Filed by:   Plaintiff and Non-Party   on  2/22/2011     Document #   6
          Hixardt Technologies, Inc.
( X )     Joint Pleading

                                      JESSICA LYUBLANOVITS, CLERK OF COURT

                                      /s/ *Teresa Milstead*
                                      Deputy Clerk: Teresa Milstead

**ORDER**

        Upon consideration of the foregoing, it is **ORDERED** this 24th day of February, 2011, that:

        The requested relief is **GRANTED**. The parties shall have **seven (7) days** from the date of this order in which to continue their efforts to reach an agreement on the issues in dispute. Within the same allotted time, counsel for Plaintiff The Studer Group, L.L.C., and counsel for Non-Party Hixardt Technologies, Inc., shall file a notice advising the court of the status of the parties' efforts to resolve this matter, including whether the pending motions (Docs. 1, 2, and 3) are moot. If no agreement is reached by the parties, Defendant The Cleveland Clinic Foundation shall have **fourteen (14) days** from the date of this order in which to file a response in opposition to the pending motions.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**